388 P.2d 80

**Benny BLACKWELL, Petitioner,**

v.

**The DISTRICT COURT OF BERNALILLO COUNTY, Respondent.**

**No. 44 HC.**

Supreme Court of New Mexico.

Jan. 8, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that free process be and the same is hereby granted, and the petition for writ of error be and the same is hereby denied for the reason that the petition presents no facts that would warrant action of this Court.

388 P.2d 80

**James E. GARRISON, Petitioner,**

v.

**The DISTRICT COURT OF SANTA FE COUNTY, New Mexico, Respondent.**

**No. 45 HC.**

Supreme Court of New Mexico.

Jan. 10, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the Petition for a Peremptory Writ of Mandamus be and the same is hereby denied for the reason that the petition is premature.